UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ANNE A. SEARS,<br><br>      Plaintiff,<br><br>v.<br><br>JO-ANN STORES, INC.<br><br>      Defendant | NO. 3:12cv1322<br>JUDGE SHARP |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/23/14.

      KEITH THROCKMORTON, CLERK
      s/Althea F. Straughter, Deputy Clerk