RECEIVED
JAN 28 2014

013024-33

**Veritext Corporate Services, Inc.**
290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913



VERITEXT
LEGAL SOLUTIONS

| Bill To: | William Rutchow<br>Olgetree Deakins Nash Smoak & Stewart<br>401 Commerce St<br>Ste 1200<br>Nashville, TN, 37219 | | Invoice #:<br>Invoice Date:<br>Balance Due: | CS1941637<br>1/15/2014<br>$744.70 |

| Case: | Anne Sears v. Jo-Ann Stores, Inc. |
|---|---|
| Job #: | 1773297 | Job Date: 12/10/2013 | Delivery: Normal |
| Billing Atty: | William Rutchow |
| Location: | Olgetree Deakins Nash Smoak & Stewart - 401 Commerce St |
| | 401 Commerce St | Ste 1200 | Nashville, TN 37219 |
| Sched Atty: | William Rutchow | Olgetree Deakins Nash Smoak & Stewart |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Anne A. Sears | Original with 1 Certified Transcript | Page | 157.00 | $4.15 | $651.55 |
| | Exhibits | Per Page | 39.00 | $0.35 | $13.65 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |
| | Attendance Fee - Per Session | 1 | 1.00 | $50.00 | $50.00 |

573.05

| Notes: | | Invoice Total: | $744.70 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $744.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

666.20

**EXHIBIT**
tabbies
**1**

| | To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #:<br>Job #:<br>Invoice Date:<br>Balance: | CS1941637<br>1773297<br>1/15/2014<br>$744.70 |

96448