

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue, 9th Floor
Memphis, TN 38104

RECEIVED
MAR 27 2013

TO:  Jessica T. Patrick
Ogletree Deakins Nash Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37015

# INVOICE

| Date | Case Name | Balance | |
|---|---|---|---|
| 3/26/2012 | FOIA No.: 4902013177806<br>Charge No. 25A-2011-00328<br>***Anne A. Sears v. Jo Ann Stores*** | | |
| | TOTAL case copy charges: 315 pages @ $.15 per page: | $ | 47.25 |
| | LESS 100 pages | | |
| | TOTAL COPY CHARGES (215) pages @ $.15 per page) | - | 15.00 |
| | | $ | 32.25 |
| | **Please make check payable to the<br>"Treasurer of the United States"** | | |

**EXHIBIT 2**



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue, 9th Floor
Memphis, TN 38104

RECEIVED
MAR 19 2013

TO: Jessica T. Patrick
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37076

# INVOICE 01364-33

| Date | Case Name | Balance |
|---|---|---|
| 3/18/2013 | FOIA No.: 4902013177806<br>Anne A. Sears v. Jo Ann Stores<br>Charge No. 25A-2011-00328<br><br>**Certification of Documents Fee:** | $25.00 |
| | **Please make check payable to the<br>"Treasurer of the United States"** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 86006058 |

**Ogletree Deakins**

OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.
401 COMMERCE STREET
SUNTRUST BUILDING, SUITE 1200
NASHVILLE, TN 37219
PHONE: (615) 254-1900

TD Bank
America's Most Convenient Bank®

GREENVILLE, SC  86006058

67-188/532

03-19-13

PAY TO THE ORDER OF   Treasurer of the United States                         $  25.00

TWENTY-FIVE AND 00/100 DOLLARS
_____ DOLLARS

VOID AFTER 90 DAYS

Treasurer of the United States
U.S. Equal Employment Opportunity Commission
1407 Union Avenue, Ste 901
Memphis, TN 38104

MEMO  013024-000033

⑈86006058⑈ ⑆031101017⑆ 719000058⑈

---

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.                                86006058

| DATE: | 03-19-13 | | PAYEE: | Treasurer of the United States | PAYEE #: | 225897 | |
|---|---|---|---|---|---|---|---|
| Inv. Date | Voucher # | Invoice # | Description | | | G/L Account # | Net Amount |
| 03-18-13 | 991948 | FOIA Request | FOIA request re: Sears v. Jo Ann Stores | | | | $25.00 |

*Ogletree Deakins*

TOTAL                                $25.00

---

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.                                86006058

| DATE: | 03-19-13 | | PAYEE: | Treasurer of the United States | PAYEE #: | 225897 | |
|---|---|---|---|---|---|---|---|
| Inv. Date | Voucher # | Invoice # | Description | | | G/L Account # | Net Amount |
| 03-18-13 | 991948 | FOIA Request | FOIA request re: Sears v. Jo Ann Stores | | | | $25.00 |

*Ogletree Deakins*

SF5001-1      TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-768-7233      TOTAL      $25.00
SAFEGUARD  LITHO USA  SFSL1  CK7S08111L                                            HNBX5W0010000  G09SF001058